IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH HIGHTOWER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 07-2743 |
| | : | |
| **TROY LEVI,** *et al.* | : | |

## ORDER

**AND NOW**, this 17th day of December, 2007, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Elizabeth T. Hey is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

                                                  /Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.